IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00640-JLK

SILVANA VITALE LAFFERTY,
Plaintiff-Appellant,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,
Defendant-Appellee.

_____

# JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Robert K. Gruber, #9413 | JOHN F. WALSH |
| 3500 South Wadsworth Blvd., Suite 215 | United States Attorney |
| Lakewood, Colorado 80235-2382 | |
| Telephone (303) 986-6400 | KEVIN TRASKOS |
| FAX (303) 986-6800 | Chief, Civil Division |
| E-mail: bobgruber@earthlink.net | Assistant United States Attorney |
| Attorney for Plaintiff-Appellant | District of Colorado |
| | |
| | WILLIAM G. PHARO |
| | Assistant United States Attorney |
| | District of Colorado |
| | |
| | Michael Howard |
| | Special Assistant United States Attorney |
| | Assistant Regional Counsel, SSA |
| | 1001 17th Street |
| | Denver, Colorado 80202 |
| | (303) 844-7192 |
| | Michael.howard@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:** March 14, 2011

**B. Date Complaint Was Served on U.S. Attorney's Office:** March 17, 2011

**C. Date Answer and Administrative Record Were Filed:** May 16, 2011

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The Administrative Records appears to be complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

There are no other matters.

**8. PROPOSED BRIEFING SCHEDULE**

**A. Plaintiffs Opening Brief Due:** July 18, 2011

**B. Defendant's Response Brief Due:** August 17, 2011

**C. Plaintiffs Reply Brief (If Any) Due:** September 1, 2011

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiffs Statement:**

Plaintiff does not request oral argument.

**B. Defendant's Statement:**

Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 3d day of June, 2011.

BY THE COURT:

**s/John L. Kane**
SENIOR U.S. DISTRICT JUDGE

APPROVED:
For Plaintiff:

s/ Robert K. Gruber
Robert K. Gruber
3500 South Wadsworth Blvd., Suite 215
Lakewood, Colorado 80235-2382
Telephone (303) 986-6400
FAX (303) 986-6800
E-mail: bobgruber@earthlink.net
Attorney for Plaintiff-Appellant

For Defendant:

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
Assistant United States Attorney
District of Colorado

WILLIAM G. PHARO
Assistant United States Attorney
District of Colorado

s/ Michael Howard
Michael Howard
Special Assistant United States Attorney
Assistant Regional Counsel, SSA
1001 17th Street
Denver, Colorado 80202
(303) 844-7192
Michael.howard@ssa.gov

Attorneys for Defendant