IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 11-cv-00640-AP

SILVANA VITALE LAFFERTY,

       Plaintiff-Appellant,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant-Appellee.

_____

# ORDER
_____

       Plaintiff-Appellant's Joint Agreed Briefing Schedule (doc. #28), filed as directed by this Court's September 1, 2010 Order is **APPROVED**.  Plaintiff-Appellant has filed her Opening Brief.  Defendant's Response Brief is due October 14, 2011, and the Reply Brief is due October 31, 2011.

       DATED this 7th day of September 2011.

                     BY THE COURT:


                     *S/John L. Kane*_____
                     JOHN L. KANE, SENIOR JUDGE
                     UNITED STATES DISTRICT COURT