**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-00640-MSK

SILVANA V. LAFFERTY,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the OPINION and ORDER of Chief Judge Marcia S. Krieger entered on January 30, 2014 it is

    ORDERED that the decision of the administrative Law Judge is affirmed, and judgment is entered in favor of Defendant Commissioner and against Plaintiff SILVANA V. LAFFERTY.  It is further

    ORDERED that costs are awarded to the defendant and against the plaintiff upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 31st day of January, 2014.

                                            FOR THE COURT:
                                            JEFFREY P. COLWELL, CLERK

                                            By: s/Edward P. Butler
                                            Edward P. Butler, Deputy Clerk